# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131102

ROBERT LITTLE and BARBARA
LITTLE,
            Plaintiffs-Appellants,

v

THOMAS TRIVAN, DARLENE
TRIVAN, STEVEN KIN, and
ROSALYN KIN,
            Defendants-Appellees.

SC: 131102
COA: 257781
Oakland CC: 1998-006136-CZ

_____/

On order of the Court, the application for leave to appeal the March 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk